**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 11-00989-004-PHX-NVW |
| Plaintiff, | CR 10-01051-001-PHX-NVW |
| vs. | **DETENTION ORDER** |
| Christopher Orville Allen, | |
| Defendant. | |

On November 3, 2011, defendant Christopher Orville Allen appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be re-released on conditions set by the Court.

For the reasons set forth in detail on the record, the Court finds, by a preponderance of the evidence, that the Defendant has violated the conditions of release by committing a crime while on Pretrial Release and that Defendant is unlikely to abide by any conditions the Court might set. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED REVOKING Defendant's Pretrial Release. Defendant shall be detained pending further proceedings.

DATED this 4th day of November, 2011.

David K. Duncan
United States Magistrate Judge